|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on April 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Brian J. Hill<br>    Yasmin N. Hill | Case Nos.:  17-30577<br>                  19-10752<br><br>Chapter:    13<br><br>Adv. No.:   N/A<br><br>Hearing Date:  4/2/2019 @ 10:00 a.m.<br><br>Judge:      Andrew B. Altenburg<br>                 Jerrold N. Poslusny |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES 17-30577 AND 19-10752**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 2, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Brian J. Hill and Yasmin N. Hill
**Case No:** 17-30577/ABA; 19-10752/JNP
**Caption of Order:** Order Directing Joint Administration of Case Numbers 17-30577 and 19-10752

---

Upon the motion/application of <u>Brian J. Hill and Yasmin N. Hill</u>, debtors in the above captioned cases for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the following cases for procedural purposes only,

<u>17-30577/ABA</u>    <u>19-10752/JNP</u>

and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number <u>17-30577</u> shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.