|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on April 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|  | Case Nos.:  17-30577<br>            19-10752 |
|  | Chapter:  13 |
| In Re:<br>    Brian J. Hill<br>    Yasmin N. Hill | Adv. No.:  N/A |
|  | Hearing Date: 4/2/2019 @ 10:00 a.m. |
|  | Judge:   Andrew B. Altenburg<br>          Jerrold N. Poslusny |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES 17-30577 AND 19-10752**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 2, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Brian J. Hill and Yasmin N. Hill
**Case No:** 17-30577/ABA; 19-10752/JNP
**Caption of Order:** Order Directing Joint Administration of Case Numbers 17-30577 and 19-10752

---

Upon the motion/application of <u>Brian J. Hill and Yasmin N. Hill</u>, debtors in the above captioned cases for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the following cases for procedural purposes only,

<u>17-30577/ABA</u>                <u>19-10752/JNP</u>

and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number <u>17-30577</u> shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian J Hill  
    Debtor

Case No. 17-30577-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.  
db          +Brian J Hill,    1 Rosebush Court,    Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Jeanette F. Frankenberg     on behalf of Creditor     FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC cmecf@sternlav.com  
         Moshe Rothenberg     on behalf of Debtor Brian J Hill moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com  
         R. A. Lebron     on behalf of Creditor     FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 5