Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−30577−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian J Hill
   1 Rosebush Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9736

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/1/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 1, 2020
JAN: bc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 17-30577-ABA
Brian J Hill                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                Page 1 of 2              Date Rcvd: Apr 01, 2020
                               Form ID: 148               Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Brian J Hill,   1 Rosebush Court,   Sicklerville, NJ 08081-4149
517114873       Chase Auto Finance,   PO Box 901003,   Fort Worth, TX 76101-2003
517144921      +FLAGSTAR BANK, FSB, as servicer,    for LAKEVIEW LOAN SERVICING, LLC,
                 Fein Such Kahn & Shepard, PC,   7 Century Drive,    Parsippany, NJ 07054-4673
517114874       Federal Loan Servicing Credit,   PO Box 60610,   Harrisburg, PA 17106-0610
517114876      +Lakeview Loan Servicing,   4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL 33146-1873
517114877      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation Bankruptcy Section,
                 PO Box 245,   Trenton, NJ  08695-0245)
517201171       U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2020 02:47:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2020 02:47:13     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517323453       E-mail/Text: cashiering-administrationservices@flagstar.com Apr 02 2020 02:47:40
                 Flagstar Bank FSB,   5151 Corporate Drive,   Troy MI 48098
517114875       EDI: IRS.COM Apr 02 2020 06:08:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517221146      +EDI: CAUT.COM Apr 02 2020 06:08:00      JPMorgan Chase Bank, N.A.,   PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517309399       EDI: Q3G.COM Apr 02 2020 06:08:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
517114878       EDI: RMSC.COM Apr 02 2020 06:08:00      Synchrony Bank,   PO Box 965007,
                 Orlando, FL  32896-5007
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517322760       FLAGSTAR BANK, FSB as SERVICER FOR LAKEVIEW LOAN S
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Douglas J. McDonough    on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    FLAGSTAR BANK, FSB, as servicer for LAKEVIEW
               LOAN SERVICING, LLC cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Moshe Rothenberg    on behalf of Debtor Yasmin N Hill moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe Rothenberg    on behalf of Debtor Brian J Hill moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Apr 01, 2020
                              Form ID: 148             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 10